1  CHRISTOPHER G. RENNER (*Pro Hac Vice*)
     chrisrenner@dwt.com
2  DOUGLAS E. LITVACK (*Pro Hac Vice*)
     douglitvack@dwt.comn
3  DAVIS WRIGHT TREMAINE LLP
   1919 Pennsylvania Avenue, NW; Suite 800
4  Washington, D.C.  20006
   Telephone:  (202) 973-4200
5  Facsimile:   (202) 973-4499

6  JOHN F. MCGRORY, JR. (*Pro Hac Vice*)
     johnmcgrory@dwt.com
7  ASHLEE AGUIAR (*Pro Hac Vice*)
     ashleeaguiar@dwt.com
8  DAVIS WRIGHT TREMAINE LLP
   1300 SW Fifth Avenue, Suite 2300
9  Portland, Oregon  97201
   Telephone:  (503) 241-2300
10 Facsimile:   (503) 778-5299

11 EVERETT W. JACK, JR. (State Bar No. 313870)
     everettjack@dwt.com
12 SCOTT R. COMMERSON (State Bar No. 227460)
     scottcommerson@dwt.com
13 DAVIS WRIGHT TREMAINE LLP
   865 South Figueroa Street, 24th Floor
14 Los Angeles, California 90017-2566
   Telephone:  (213) 633-6800
15 Facsimile:   (213) 633-6899

16 Attorneys for Plaintiff
   The PLS.com, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| The PLS.com, LLC, a California limited liability company<br><br>Plaintiff,<br><br>vs.<br><br>The National Association of Realtors; Bright MLS, Inc.; Midwest Real Estate Data, LLC; and California Regional Multiple Listing Service, Inc.,<br><br>Defendant. | Case No. 2:20-cv-04790-PA-RAO<br><br>**STIPULATION REGARDING AMENDMENT OF COMPLAINT**<br><br>Assigned to the Hon. Percy Anderson<br>Courtroom 9A, 9th Floor<br><br>Action Filed:  May 28, 2020 |

## STIPULATION REGARDING AMENDMENT OF COMPLAINT

Plaintiff PLS.com, LLC ("PLS"), and Defendants The National Association of Realtors; Bright MLS, Inc.; Midwest Real Estate Data, LLC; and California Regional Multiple Listing Service, Inc. ("Defendants"), through their counsel of record, enter into this Stipulation with reference to the following facts:

1. PLS filed this action alleging antitrust violations against Defendants.

2. Pursuant to the Central District of California's Local Rules and the Court's Standing Order, the parties have been working together to narrow their disputes about PLS's Complaint in order to limit the burden on the Court.

3. Following meet-and-confer discussions between PLS and each Defendant, PLS has indicated it will file an Amended Complaint on July 20, 2020. Defendants therefore need not answer or otherwise respond to the initial Complaint as it will be mooted by the Amended Complaint.

4. The parties have agreed to meet and confer further following the filing of the Amended Complaint.

5. Should PLS decide to further amend the Amended Complaint after the second round of meeting and conferring, Defendants consent to PLS filing a Second Amended Complaint on or before August 10, 2020.

6. PLS will inform Defendants whether it will file a Second Amended Complaint no later than August 3, 2020, at 5:00 p.m. PDT.

7. The parties agree they will not serve discovery until Defendants file an Answer or the Motions to Dismiss are denied, whichever occurs first.

8. The Court has not granted any prior extensions in this action.

SO STIPULATED.

1

STIPULATION REGARDING AMENDMENT OF COMPLAINT
(Case No. 2:20-cv-04790-PA-RAO)
4848-8488-6723v.1 -

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

| | | |
|---|---|---|
| 1 | DATED: July 16, 2020 | DAVIS WRIGHT TREMAINE LLP |
| 2 | | CHRISTOPHER G. RENNER |
| | | DOUGLAS E. LITVACK |
| 3 | | JOHN F. MCGRORY, JR. |
| | | EVERETT W. JACK, JR. |
| 4 | | SCOTT R. COMMERSON |

By: */s/ Scott R. Commerson*
Scott R. Commerson

Attorneys for Plaintiff
The PLS.com, LLC

DATED: July 16, 2020      QUINN EMANUEL URQUHART & SULLIVAN LLP
ETHAN GLASS

By: */s/ Ethan Glass*
Ethan Glass

Attorneys for Defendant
The National Association of Realtors

DATED: July 16, 2020      STREAM KIM HICKS WRAGE & ALFARO, PC
ROBERT HICKS

By: */s/ Robert Hicks*
Robert Hicks

Attorneys for Defendant
California Regional Multiple Listing Service, Inc.

DATED: July 16, 2020      ARENT FOX, LLP
JERROLD ABELES

By: */s/ Jerrold Abeles*
Jerrold Abeles

Attorneys for Defendants
Bright MLS, Inc. and Midwest Real Estate Data

2

STIPULATION REGARDING AMENDMENT OF COMPLAINT
(Case No. 2:20-cv-04790-PA-RAO)
4848-8488-6723v.1 -

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

# **SIGNATURE ATTESTATION**

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

DATED: July 16, 2020

DAVIS WRIGHT TREMAINE LLP
CHRISTOPHER G. RENNER
DOUGLAS E. LITVACK
JOHN F. MCGRORY, JR.
EVERETT W. JACK, JR.
SCOTT R. COMMERSON

By: *[signature]*
Scott R. Commerson

Attorneys for Plaintiff
The PLS.com, LLC

3
STIPULATION REGARDING AMENDMENT OF COMPLAINT
(Case No. 2:20-cv-04790-PA-RAO)
4848-8488-6723v.1 -

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899