CHRISTOPHER G. RENNER (*Pro Hac Vice*)
CRenner@jenner.com
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
Telephone:  +1 312 222 9350
Facsimile:  +1 312 527 0484

DOUGLAS E. LITVACK (*Pro Hac Vice*)
DLitvack@jenner.com
JENNER & BLOCK LLP
1099 New York Avenue, NW, Suite 900
Washington, DC 20001-4412
Telephone:  +1 202 639 6000
Facsimile:  +1 202 639 6066

JAN A. LARSON (SBN 339835)
JanLarson@jenner.com
JENNER & BLOCK LLP
515 South Flower Street, Suite 3300
Los Angeles, CA 90071-2246
Telephone:  +1 213 239 5100
Facsimile:  +1 213 239 5199

Attorneys for Plaintiff The PLS.com, LLC

*Defendants Identified on Following Page*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| The PLS.com, LLC, a California limited liability company,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>The National Association of Realtors, et al.,<br><br>　　　　　　　　　　Defendants. | Case No. 2:20-CV-04790-JWH-RAOx<br><br>**JOINT PROPOSED CASE MANAGEMENT SCHEDULE**<br><br>Judge:　Hon. John W. Holcomb<br>Courtroom 9D, 9th Floor |

ETHAN GLASS
eglass@cooley.com
Cooley LLP
1300 I Street NW, Suite 900
Washington, D.C. 20005-3314
Telephone: (202) 776-2244
Attorney for Defendant
The National Association of REALTORS®

JERROLD ABELES
jerry.abeles@afslaw.com
ARENTFOX SCHIFF LLP
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013
Telephone: (213) 629-7407
Facsimile: (213) 629-7401

BRIAN D. SCHNEIDER
brian.schneider@afslaw.com
ARENTFOX SCHIFF LLP
1717 K Street NW
Washington, DC 20006
Telephone: (202) 715-8590
Facsimile: (202) 857-6395
Attorneys for Defendants
Midwest Real Estate Data, LLC and Bright MLS, Inc.

ROBERT HICKS
Robert.hicks@streamkim.com
STREAM KIM HICKS WRAGE & ALFARO, PC
3403 Tenth Street, Suite 700
Riverside, CA 92501
Telephone: (951) 783-9470
Facsimile: (951) 783-9475
Attorney(s) for Defendant
California Regional Multiple Listing Service, Inc.

By and through their attorneys of record, who are set forth below, Plaintiff The PLS.com, LLC ("Plaintiff" or "PLS") and Defendants the National Association of Realtors; Bright MLS, Inc.; Midwest Real Estate Data, LLC; and California Regional Multiple Listing Service, Inc. ("Defendants") submit this jointly signed report following the conference of counsel ordered by this Court on May 23, 2022. (ECF No. 108). The parties hereby propose the following proposed schedule for the Court's consideration.

| Event | Date |
|---|---|
| Deadline for Defendants to File Answers | August 12, 2022 |
| Last Day to Move to Amend Pleadings or to Add New Parties | In accordance with Fed. R. Civ. P. 15(a) & Fed. R. Civ. P. 16(b)(4) |
| Deadline for Substantial Completion of Document Productions | February 17, 2023 |
| Fact Discovery Cut-Off (including hearing of discovery motions) | May 12, 2023 |
| Deadline for Plaintiff's Designation of Expert Witnesses and Opening Reports | July 26, 2023 |
| Deadline for Designation of Defendants' Expert Witnesses and Rebuttal Reports | September 20, 2023 |
| Deadline for Plaintiff's Reply Expert Reports | October 18, 2023 |

| Event | Date |
|---|---|
| Deadline for Completion of Expert Depositions | November 3, 2023 |
| Dispositive Motion Hearing Cut-Off | Court's discretion |
| Final pretrial conference | Court's discretion |
| Jury trial | Court's discretion |
| Trial estimate | 15 trial days |

Dated: June 10, 2022

JENNER & BLOCK LLP
Christopher Renner
Douglas Litvack
Jan Larson

By: /s/ *Christopher Renner*
Christopher Renner
Attorneys for Plaintiff
The PLS.com, LLC

Dated: June 10, 2022

COOLEY LLP
Ethan Glass

By: /s/ *Ethan Glass*
Ethan Glass
Attorneys for Defendant The National Association of Realtors

Dated: June 10, 2022

ARENTFOX SCHIFF LLP
Jerrold Abeles
Brian Schneider

By: /s/ *Jerrold Abeles*
Jerrold Abeles
Attorneys for Defendants Bright MLS, Inc. and Midwest Real Estate Data, LLC

Dated: June 10, 2022

STREAM KIM HICKS WRAGE & ALFARO PC
Robert Hicks

By: /s/ *Robert Hicks*
Robert Hicks
Attorneys for Defendant California Regional Multiple Listing Service, Inc.

# SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this Joint Report is submitted, concur in the filing's content and have authorized the filing.

Dated: June 10, 2022

JENNER & BLOCK LLP
Christopher Renner
Douglas Litvack
Jan Larson

By: /s/ *Christopher Renner*
Christopher Renner
Attorneys for Plaintiff
The PLS.com, LLC