# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -REOPENING/CLOSING

Case No. CV 20-04790-JWH(RAOx)　　　　　　　Date June 24, 2022

Title: The PLS.com, LLC v The National Association of Realtors, et al

Present: The Honorable John W. Holcomb, U.S. District Judge

| Deborah Lewman | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:　　　　Attorneys Present for Defendants:

N/A　　　　　　　　　　　　　　　　　　　　N/A

Proceedings:　☐ In Court　　☒ In Chambers　　☐ Counsel Notified

☐ Case previously closed in error. Make JS-5.

☐ Case should have been closed on entry dated _____.

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☒ Other  The case should have been reopened on 5/18/22 when the Mandate was issued/filed.

☐ Entered _____.

Initials of Preparer　　djl