UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 20-04790-JWH(RAOx) | Date | June 24, 2022 |
| Title | *The PLS.com, LLC v The National Association of Realtors, et al* | | |

| Present: The Honorable | JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE |
|---|---|
| Deborah Lewman | Sharon Seffens |
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Christopher M. Sheehan<br>Douglas Litvack | Ethan Glass<br>Michael Bonanno<br>Brian Schneider<br>Robert Hicks |

**Proceedings:** **VIDEO HEARING RE: SCHEDULING CONFERENCE**

Counsel state their appearances. The Court will issue its revised Standing Order. The Court adopts the proposed schedule contained in the parties' Joint Report [ECF No. 118]. Counsel are **DIRECTED** to file a Stipulation setting a briefing schedule and hearing date for dispositive motions, as well as a proposed deadline to complete private mediation (ADR No. 3). The Court defers setting a Final Pretrial Conference and Jury Trial until after the Court's ruling on the anticipated dispositive motions. The Court will issue a separate scheduling order.

**IT IS SO ORDERED.**

Time: 00:23
Initials of Preparer: djl