**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| The PLS.com, LLC, <br><br> PLAINTIFF(S) <br> v. <br> The National Association of Realtors, et al., <br><br> DEFENDANT(S). | CASE NUMBER <br><br> 2:20-cv-04790 JWH (RAO) <br><br> **ORDER TO REASSIGN CASE UPON RECUSAL OF MAGISTRATE JUDGE** <br> ☒ FOR DISCOVERY <br> ☐ PER GENERAL ORDER 05-07 |

   The undersigned Magistrate Judge to whom the above-entitled case was referred, being of the opinion that he/she should not hear said case by reason of:
financial conflict of interest with interested party.

HEREBY ORDERS the case reassigned by the Clerk in accordance with General Order 05-07.

July 6, 2022            *Rozella A. Oliver*
Date                United States Magistrate Judge

**NOTICE TO COUNSEL FROM THE CLERK**

   This case has been randomly referred to Magistrate Judge      Charles F. Eick      . On all documents subsequently filed in this case, please substitute the initials      E      after the case number in place of the initials of the prior judge, so that the case number will read     2:20-cv-04790 JWH(Ex)    . This is very important because the documents are routed to the assigned judges by means of these initials

cc:   Previous Magistrate Judge

CV-110 (06/14)          ORDER TO REASSIGN CASE UPON RECUSAL OF MAGISTRATE JUDGE