1  DOUGLAS E. LITVACK (*Pro Hac Vice*)
   DLitvack@jenner.com
2  JENNER & BLOCK LLP
3  1099 New York Avenue, NW, Suite 900
   Washington, DC 20001-4412
4  Telephone:  +1 202 639 6000
   Facsimile:   +1 202 639 6066
5
6  CHRISTOPHER G. RENNER (*Pro Hac Vice*)
   CRenner@jenner.com
7  CHRISTOPHER M. SHEEHAN (*Pro Hac Vice*)
   CSheehan@jenner.com
8  JENNER & BLOCK LLP
   353 N. Clark Street
9  Chicago, IL 60654-3456
10 Telephone:  +1 312 222 9350
   Facsimile:   +1 312 527 0484
11
   JAN A. LARSON (SBN 339835)
12 JanLarson@jenner.com
   JENNER & BLOCK LLP
13 515 South Flower Street, Suite 3300
14 Los Angeles, CA 90071-2246
   Telephone:  +1 213 239 5100
15 Facsimile:   +1 213 239 5199

16 Attorneys for Plaintiff The PLS.com, LLC

17
## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| The PLS.com, LLC, a California limited liability company , | Case No. 2:20-CV-04790-JWH(Ex) |
| Plaintiff, | **STIPULATION REGARDING DEADLINES FOR DISPOSITIVE MOTIONS AND PRIVATE MEDIATION** |
| v. | |
| The National Association of Realtors, et al., | Hon. John W. Holcomb |
| Defendant. | Courtroom 9D, 9th Floor |

1

| | |
|---|---|
| 1 | ETHAN GLASS |
| 2 | eglass@cooley.com |
| | Cooley LLP |
| 3 | 1300 I Street NW, Suite 900 |
| 4 | Washington, D.C. 20005-3314 |
| | Telephone: (202) 776-2244 |
| 5 | Attorney for Defendant |
| 6 | The National Association of REALTORS® |
| 7 | |
| | JERROLD ABELES |
| 8 | jerry.abeles@afslaw.com |
| | ARENTFOX SCHIFF LLP |
| 9 | 555 West Fifth Street, 48th Floor |
| 10 | Los Angeles, CA 90013 |
| | Telephone: (213) 629-7407 |
| 11 | Facsimile: (213) 629-7401 |
| 12 | |
| | BRIAN D. SCHNEIDER |
| 13 | brian.schneider@afslaw.com |
| 14 | ARENTFOX SCHIFF LLP |
| | 1717 K Street NW |
| 15 | Washington, DC 20006 |
| 16 | Telephone: (202) 715-8590 |
| | Facsimile: (202) 857-6395 |
| 17 | Attorneys for Defendants |
| 18 | Midwest Real Estate Data, LLC and Bright MLS, Inc. |
| 19 | |
| | ROBERT HICKS |
| 20 | Robert.hicks@streamkim.com |
| 21 | STREAM KIM HICKS WRAGE & ALFARO, PC |
| | 3403 Tenth Street, Suite 700 |
| 22 | Riverside, CA 92501 |
| 23 | Telephone: (951) 783-9470 |
| | Facsimile: (951) 783-9475 |
| 24 | Attorney(s) for Defendant |
| 25 | California Regional Multiple Listing Service, Inc. |
| 26 | |
| 27 | |
| 28 | |

2

**STIPULATION RE DEADLINES FOR DISPOSITIVE MOTIONS AND PRIVATE MEDIATION**
CASE NO. 2:20-CV-04790-JWH(EX)

By and through their attorneys of record, who are set forth below, Plaintiff The PLS.com, LLC ("Plaintiff" or "PLS") and Defendants the National Association of Realtors; Bright MLS, Inc.; Midwest Real Estate Data, LLC; and California Regional Multiple Listing Service, Inc. ("Defendants") submit this joint stipulation ordered by this Court on June 28, 2022 (ECF No. 121). Specifically, the Court ordered the parties to "file a Stipulation setting a briefing schedule and hearing date for dispositive motions, as well as a proposed deadline to complete private mediation (ADR No. 3)." (*Id*.) For the Court's convenience, the below schedule also includes the other case deadlines previously agreed to by the parties and entered by the Court on June 27, 2022 (ECF No. 124). The parties hereby stipulate to the following schedule for dispositive motions and private mediation:

| Event | Date |
|---|---|
| Deadline for Defendants to File Answers | August 12, 2022 |
| Last Day to Move to Amend Pleadings or to Add New Parties | In accordance with Fed. R. Civ. P. 15(a) & Fed. R. Civ. P. 16(b)(4) |
| Deadline for Substantial Completion of Document Productions | February 17, 2023 |
| Fact Discovery Cut-Off (including hearing of discovery motions) | May 12, 2023 |
| Deadline for Plaintiff's Designation of Expert Witnesses and Opening Reports | July 26, 2023 |
| Deadline for Designation of Defendants' Expert Witnesses and Rebuttal Reports | September 20, 2023 |
| Deadline for Plaintiff's Reply Expert Reports | October 18, 2023 |
| Deadline for Completion of Expert Depositions | November 3, 2023 |

3

| Event | Date |
|---|---|
| Deadline for Initial Private Mediation | December 15, 2023 |
| Deadline for Service of Motion for Summary Judgment, Statement of Undisputed Facts, and Fact Exhibit by Movant(s) | February 9, 2024 |
| Deadline for Service of Opposition to Motion for Summary Judgment, Response to Statement of Undisputed Facts, and Supplement to Fact Exhibit by Non-Movant(s) | April 9, 2024 |
| Deadline to File Motion(s) for Summary Judgment, Joint Statement of Undisputed Facts and Genuine Disputes, Joint Exhibit, Opposition(s) to Motion(s) for Summary Judgment, and Reply/Replies in Support of Motion(s) for Summary Judgment | May 14, 2024 |
| Hearing for Motion(s) for Summary Judgment | August 16, 2024 |
| Final pretrial conference | Court's discretion |
| Jury trial | Court's discretion |
| Trial estimate | 15 trial days |

| | | |
|---|---|---|
| Dated: August 25, 2022 | | JENNER & BLOCK LLP<br>Douglas Litvack<br>Christopher Renner<br>Jan Larson<br>Christopher Sheehan |
| | By: | /s/ *Douglas Litvack*<br>Douglas Litvack<br>Attorneys for Plaintiff<br>The PLS.com, LLC |
| Dated: August 25, 2022 | | COOLEY LLP<br>Ethan Glass |
| | By: | /s/ *Ethan Glass*<br>Ethan Glass<br>Attorneys for Defendant The National Association of Realtors |
| Dated: August 25, 2022 | | ARENTFOX SCHIFF LLP<br>Jerrold Abeles<br>Brian Schneider |
| | By: | /s/ *Jerrold Abeles*<br>Jerrold Abeles<br>Attorneys for Defendants Bright MLS, Inc. and Midwest Real Estate Data, LLC |
| Dated August 25, 2022 | | STREAM KIM HICKS WRAGE & ALFARO PC<br>Robert Hicks |
| | By: | /s/ *Robert Hicks*<br>Robert Hicks<br>Attorneys for Defendant California Regional Multiple Listing Service, Inc. |

## SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this Stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated: August 25, 2022

JENNER & BLOCK LLP
Douglas Litvack
Christopher Renner
Jan Larson
Christopher Sheehan

By: */s/ Douglas Litvack*

Douglas Litvack
Attorneys for Plaintiff The PLS.com, LLC