COOLEY LLP

ETHAN GLASS (216159) (eglass@cooley.com)
1299 Pennsylvania Avenue NW Suite 700
Washington, District of Columbia  20004
Telephone: +1 202 842 7800
Facsimile:  +1 202 842 7899

CHRISTINA S. DAVIS (271719) (cdavis@cooley.com)
1333 2nd Street Suite 400
Santa Monica, California  90401
Telephone: +1 310 883 6400
Facsimile:  +1 310 883 6500

QUINN EMANUEL URQUHART & SULLIVAN, LLP

MICHAEL D. BONANNO (*pro hac vice*)
(mikebonanno@quinnemanuel.com)
1300 I Street NW Suite 900
Washington, District of Columbia 20005
Telephone: +1 202 538 8000
Facsimile:  +1 202 538 8100

*Attorneys for Defendant National Association of REALTORS®*

*Additional Counsel on Signature Page*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| THE PLS.COM, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>THE NATIONAL ASSOCIATION OF REALTORS, BRIGHT MLS, INC., MIDWEST REAL ESTATE DATA, LLC, and CALIFORNIA REGIONAL MULTIPLE LISTING SERVICE, INC.,<br><br>Defendants. | Case No. 2:20-cv-04790-JWH-RAO<br><br>**STIPULATION REGARDING CASE DEADLINES AND DISCOVERY**<br><br>Judge: Hon. John W. Holcomb |

By and through their attorneys of record, who are set forth below, Plaintiff The PLS.com, LLC ("Plaintiff" or "PLS") and Defendants the National Association of REALTORS®; Bright MLS, Inc.; Midwest Real Estate Data, LLC; and California Regional Multiple Listing Service, Inc. ("Defendants") submit this stipulation to extend case deadlines and set certain limitations on discovery. Whereas the parties require additional time to complete discovery, counsel for all parties have met, conferred, and agreed upon the following schedule for this action, modifying the schedule set forth in Dkt. 131.

THE PARTIES HEREBY STIPULATE THAT:

1. There shall be a five (5) month extension of all discovery, expert, and dispositive motion deadlines, other than as specified below. There is good cause for such an extension. While the parties have been diligently proceeding in discovery, all parties are still serving written discovery, reviewing potentially responsive documents and producing documents, and no depositions have been taken. Moreover, the parties are meeting-and-conferring on discovery disputes, but none have been ripe to bring to the Court's attention and the extra time will allow the parties to continue to meet-and-confer in an effort to avoid burdening the Court with unnecessary motion practice.

2. All disputes relating to any discovery request response served prior to February 17, 2023 shall be resolved or raised by letter as required by L.R. 37.1 by February 24, 2023, unless extended by agreement of the parties. Any discovery disputes about responses served after February 17 shall be submitted to the Court within ten (10) days of an impasse, unless extended by agreement of the parties.

3. For any document requests served before February 1, the parties will substantially complete their agreed-upon production of responsive documents to those requests by March 10, 2023 and fully complete

production by April 10, unless extended by agreement of the parties. Substantial completion requires production of at least 75% of the total documents agreed to be produced in response to these requests. Document productions responding to any discovery requests served after February 1 shall be completed by June 15, 2023 unless extended by agreement of the parties.

4. After April 15, 2023, each side may serve no more than 5 Requests for Production, including subparts, and those Requests for Production must be limited to discovery that could not have been served earlier.

5. Interrogatories shall be served by April 15, 2023. Any interrogatories served after this date shall be limited to (i) the fewer of five interrogatories, including sub-parts, or the amount remaining under the Federal Rules per side; and (ii) matters that could not have been subject to earlier discovery.

6. The proposed schedule is as follows:

| Event | Date |
|---|---|
| Deadline for Disputes regarding Responses to Current Outstanding Document Requests as required by L.R. 37.1 | February 24, 2023 |
| Deadline for Substantial Completion of Current Outstanding Document Productions:<br><br>NOTE: The Parties stipulate that substantial completion requires production of at least 75% of the total documents agreed to be produced in response to these requests. | March 10, 2023 |
| Full Completion of Current | April 10, 2023 |

| Event | Date |
|---|---|
| Outstanding Document Productions | |
| Deadline for Serving Interrogatories<br><br>NOTE: The Parties stipulate that any interrogatories served after April 15, 2023 are limited to (i) the fewer of 5 interrogatories, including sub-parts, or the amount remaining under the Rules per side, and (ii) discovery that could not have been served earlier. | April 15, 2023 |
| Deadline for Serving Requests for Production<br><br>NOTE: The Parties stipulate that any requests for production served after April 15, 2023, must be limited to 5 Requests for Production, including subparts, and those requests must be limited to discovery that could not have been served earlier. | April 15, 2023 |
| Deadline for Completion of Document Productions for Additional Requests for Production | June 15, 2023 |
| Fact Discovery Cut-Off (including hearing of discovery motions) | October 12, 2023 |
| Deadline for Plaintiff's Designation of Expert Witnesses and Opening Reports | January 8, 2024 |
| Deadline for Designation of Defendants' Expert Witnesses and Rebuttal Reports | March 5, 2024 |
| Deadline for Plaintiff's Reply Expert Reports | April 1, 2024 |
| Deadline for Completion of Expert Depositions | May 1, 2024 |

| Event | Date |
|---|---|
| Deadline for Initial Private Mediation | May 29, 2024 |
| Deadline for Service of Motion for Summary Judgment, Statement of Undisputed Facts, and Fact Exhibit by Movant(s) | July 23, 2024 |
| Deadline for Service of Opposition to Motion for Summary Judgment, Response to Statement of Undisputed Facts, and Supplement to Fact Exhibit by Non-Movant(s) | September 23, 2024 |
| Deadline for Service of Reply/Replies in Support of Motion(s) for Summary Judgment | October 28, 2024 |
| Hearing for Motion(s) for Summary Judgment | January 30, 2025 |
| Final pretrial conference | Court's discretion |
| Jury trial | Court's discretion |
| Trial estimate | 15 trial days |

Therefore, the parties jointly request that the Court enter the attached Proposed Order implementing the Stipulation.

Dated: February 17, 2023             Respectfully submitted,

By: */s/ Ethan Glass*

Ethan Glass (Bar No. 216159)
COOLEY LLP
1299 Pennsylvania Avenue NW
Suite 700
Washington, DC 20004
Telephone: 202-842-7800
Facsimile: 202-842-7899
eglass@cooley.com

Christina S. Davis (Bar No. 271719)
COOLEY LLP
133 Second Street, Suite 400
Santa Monica, CA 90401
Telephone: 310-883-6400
Facsimile: 310-883-6500
cdavis@cooley.com

Michael D. Bonanno (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN LLP
1300 I Street NW
Suite 900
Washington, DC 20005
Telephone: 202-538-8000
Facsimile: 202-538-8100
mikebonanno@quinnemanuel.com

*Attorneys for Defendant*
*National Association of REALTORS®*

By: */s/ Douglas E. Litvack*

Douglas E. Litvack (*pro hac vice*)
Christopher J. Abbott (*pro hac vice*)
JENNER & BLOCK LLP
1900 New York Avenue, NW, Suite 900
Washington, DC 20001-4412
(202) 637-6357

Christopher G. Renner (*pro hac vice*)
Christopher M. Sheehan (*pro hac vice*)

JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
(312) 222-9350

Jan Larson
JENNER & BLOCK LLP
515 South Flower Street, Suite 3300
Los Angeles, CA 90071-2246
(213) 239 5100

*Attorneys for Plaintiff The PLS.com, LLC*

By: */s/ Jerrold Abeles*

Jerrold Abeles
Oscar A. Figueroa
ARENTFOX SCHIFF LLP
555 West Fifth St. 48th Floor
Los Angeles, CA 90013-1065
Telephone: (213) 629-7400
jerry.abeles@afslaw.com
oscar.figueroa@afslaw.com

Brian D. Schneider (pro hac vice)
ARENTFOX SCHIFF LLP
1717 K Street NW
Washington, DC 20006-5344
Telephone: (202) 857-6000
brian.schneider@afslaw.com

*Attorneys for Defendants Bright MLS, Inc. and Midwest Real Estate Data, LLC*

By: */s/ Robert J. Hicks*

Theodore K. Stream
Robert J. Hicks
Wei Liu
STREAM KIM HICKS WRAGE AND ALFARO PC
3403 Tenth Street, Suite 700
Riverside, CA 92501
Telephone: (951) 783-9470

ted.stream@streamkim.com
robert.hicks@streamkim.com
wei.liu@streamkim.com

*Attorneys for Defendant California Regional Multiple Listing Service, Inc.*

## SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this Stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated: February 17, 2023

Respectfully submitted,

COOLEY LLP

By: */s/ Ethan Glass*

Ethan Glass (Bar No. 216159)
1299 Pennsylvania Avenue NW
Suite 700
Washington, DC 20004
Telephone: 202-842-7800
Facsimile: 202-842-7899
eglass@cooley.com

*Attorney for Defendant*
*National Association of REALTORS®*