BRANDON FOX (SBN 290409)
bfox@jenner.com
JAN A. LARSON (SBN 339835)
janlarson@jenner.com
JENNER & BLOCK LLP
515 South Flower Street, Suite 3300
Los Angeles, CA 90071-2246
Telephone: (213) 239-5100
Facsimile: (213) 239-5199

DOUGLAS E. LITVACK (Pro Hac Vice)
douglitvack@jenner.com
CHRISTOPHER G. RENNER (Pro Hac Vice)
crenner@jenner.com
CHRISTOPHER J. ABBOTT (Pro Hac Vice)
Christopher.abbott@jenner.com
JENNER & BLOCK LLP
1099 New York Ave
NW #900
Washington, D.C. 20001
Telephone: (202) 639-6000
Facsimile: (202) 639-6066

*Continued on Following Page*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| The PLS.com, LLC, a California limited liability company,<br><br>                    Plaintiff,<br><br>          v.<br><br>The National Association of Realtors, et al.,<br><br>                    Defendants. | Case No. 2:20-cv-04790-JWH-E<br><br>**STIPULATION FOR ENTRY OF AN ORDER ESTABLISHING A PROTOCOL FOR REMOTE DEPOSITIONS**<br><br>Hon. John W. Holcomb<br>Courtroom 9D, 9th Floor |

CHRISTOPHER SHEEHAN (Pro Hac Vice)
csheehan@jenner.com
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
Telephone: (312) 222-9350
Facsimile:  (312) 527 0484

*Attorneys for Plaintiff The PLS.com, LLC*

ETHAN GLASS
eglass@cooley.com
COOLEY LLP
1300 I Street NW, Suite 900
Washington, D.C. 20005-3314
Telephone: (202) 776-2244

*Attorney for Defendant*
*The National Association of REALTORS®*

JERROLD ABELES
jerry.abeles@afslaw.com
ARENTFOX SCHIFF LLP
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013
Telephone: (213) 629-7407
Facsimile: (213) 629-7401

BRIAN D. SCHNEIDER
brian.schneider@afslaw.com
ARENTFOX SCHIFF LLP
1717 K Street NW
Washington, DC 20006
Telephone: (202) 715-8590
Facsimile: (202) 857-6395

*Attorneys for Defendants*
*Midwest Real Estate Data, LLC and Bright MLS, Inc.*

ROBERT HICKS
Robert.hicks@streamkim.com

2

STREAM KIM HICKS WRAGE & ALFARO, PC
3403 Tenth Street, Suite 700
Riverside, CA 92501

*Attorney(s) for Defendant*
*California Regional Multiple Listing Service, Inc.*

## STIPULATION FOR ENTRY OF AN ORDER ESTABLISHING A PROTOCOL FOR REMOTE DEPOSITIONS

This Stipulation is made by all parties to this litigation, through their respective counsel of record: Counsel for all parties have met, conferred, and agreed upon the conditions in the attached Proposed Order Establishing a Protocol for Remote Depositions in this action. Therefore, the parties jointly request that the Court enter the attached Proposed Order implementing this Stipulation.

Dated: May 24, 2023              Respectfully submitted,

By: /s/ Christopher G. Renner
Christopher G. Renner (*pro hac vice*)
Douglas E. Litvack (*pro hac vice*)
Christopher J. Abbott (*pro hac vice*)
JENNER & BLOCK LLP
1900 New York Avenue, NW, Suite 900
Washington, DC 20001-4412
(202) 637-6357
crenner@jenner.com
dlitvack@jenner.com
christopher.abbott@jenner.com

Brandon Fox
Jan Larson
JENNER & BLOCK LLP
515 South Flower Street, Suite 3300
Los Angeles, CA 90071-2246
(213) 239 5100
bfox@jenner.com
janlarson@jenner.com

1

2      Christopher M. Sheehan (*pro hac vice*)
       JENNER & BLOCK LLP
3      353 N. Clark Street
       Chicago, IL 60654-3456
4      (312) 222-9350
       csheehan@jenner.com
5

6      *Attorneys for Plaintiff The PLS.com, LLC*

7       By:  /s/ Jerrold Abeles
        Jerrold Abeles
8       ArentFox Schiff LLP
        555 West Fifth St. 48th Floor
9       Los Angeles, CA 90013-1065
        Telephone: (213) 629-7400
10      jerry.abeles@afslaw.com
11

12

13      Brian D. Schneider (*pro hac vice*)
        ArentFox Schiff LLP
14      1717 K Street NW
        Washington, DC 20006-5344
15      Telephone: (202) 857-6000
        brian.schneider@afslaw.com
16

17
        *Attorneys for Defendants Bright MLS, Inc.*
18      *and Midwest Real Estate Data, LLC*

19
        By:  /s/ Michael D. Bonanno
20      William A. Burck
        Michael D. Bonanno
21      Quinn Emanuel Urquhart & Sullivan, LLP
        1300 I Street NW, Suite 900
22      Washington, DC 20005
        Telephone: (202) 538-8000
23      mikebonanno@quinnemanuel.com
        williamburck@quinnemanuel.com
24

25      Ethan Glass
        Cooley LLP
26      1299 Pennsylvania Avenue NW
        Suite 700
27      Washington, DC 20004
        Telephone: (202) 842-7800
28
                                     4

eglass@cooley.com

Christina S. Davis
Cooley LLP
1333 Second Street Suite 400
Santa Monica, CA 90401
Telephone: (310) 883-6400
cdavis@cooley.com

*Attorneys for Defendant National
Association of REALTORS®*

By: /s/ Robert J. Hicks
Robert J. Hicks
Theodore K. Stream
Wei Liu
Stream Kim Hicks Wrage and Alfaro PC
3403 Tenth Street, Suite 700
Riverside, CA 92501
Telephone: (951) 783-9470
robert.hicks@streamkim.com
ted.stream@streamkim.com
wei.liu@streamkim.com

*Attorneys for Defendant California Regional
Multiple Listing Service, Inc.*

STIPULATION FOR AN ORDER ESTABLISHING A PROTOCOL FOR REMOTE DEPOSITIONS
CASE NO. 2:20-CV-04790-JWH-E

## **SIGNATURE ATTESTATION**

I hereby attest that all signatories listed above, on whose behalf this Stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated: May 24, 2023   JENNER & BLOCK LLP
         Douglas Litvack (*pro hac vice*)
         Christopher Renner (*pro hac vice*)
         Christopher Abbott (*pro hac vice*)
         Brandon Fox
         Jan Larson
         Christopher Sheehan (*pro hac vice*)

      By: /s/ Christopher Renner
        Christopher Renner
        Attorney for Plaintiff
        The PLS.com, LLC

STIPULATION FOR AN ORDER ESTABLISHING A PROTOCOL FOR REMOTE DEPOSITIONS
CASE NO. 2:20-CV-04790-JWH-E