UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 20-4790-JWH(Ex) | Date | June 6, 2023 |
| Title | THE PLS.COM, LLC v. THE NATIONAL ASSOCIATION OF REALTORS, ET AL. | | |

Present: The Honorable   Charles F. Eick, United States Magistrate Judge

| Valencia Munroe | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Tape No. |

**Attorneys Present for Plaintiffs:**   **Attorneys Present for Defendants:**
None                                                                 None

**Proceedings:**     (IN CHAMBERS)

    Counsel for Plaintiff has advised the Magistrate Judge's Courtroom Deputy Clerk that the parties have stipulated to the withdrawal without prejudice of "Plaintiff's Motion to Compel Production of Documents" ("the Motion"), filed May 10, 2023, and scheduled to be heard on June 9, 2023.  Accordingly, the June 9, 2023 hearing is vacated and the Motion is deemed denied without prejudice.

cc:   Judge Holcomb
      All Counsel of Record

Initials of Deputy Clerk  VMUN