**The parties have not shown good cause to modify the case schedule.**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| THE PLS.COM, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>THE NATIONAL ASSOCIATE OF REALTORS, BRIGHT MLS, INC., MIDWEST REAL ESTATE DATA, LLC, and CALIFORNIA REGIONAL MULTIPLE LISTING SERVICE, INC.,<br><br>Defendants. | Case No. 2:20-cv-04790-JWH-RAO<br><br>**[PROPOSED] ORDER GRANTING STIPULATION REGARDING CASE DEADLINES AND DISCOVERY**<br><br>Judge: Hon John W. Holcomb |

JENNER & BLOCK LLP
ATTORNEYS AT LAW
WASHINGTON, DC

ORDER GRANTING STIPULATION RE
DEADLINES & DISCOVERY
2:20-CV-04790-JWH-RAO

Good cause appearing, the Court hereby **GRANTS** the Parties' Stipulation Regarding Case Deadlines and Discovery and **ORDERS** as follows:

1. The case schedule is **SET** and **EXTENDED** as follows:

| Event | Date or Deadline |
|---|---|
| Fact Discovery Cut-Off (including hearing of discovery motions) | July 12, 2024 |
| Deadline for Plaintiff's Designation of Expert Witnesses and Opening Reports | September 6, 2024 |
| Deadline for Designation of Defendants' Expert Witnesses and Rebuttal Reports | November 22, 2024 |
| Deadline for Plaintiff's Reply Expert Reports | December 20, 2024 |
| Deadline for Completion of Expert Depositions | January 24, 2025 |
| Deadline for Initial Private Mediation | February 28, 2025 |
| Deadline for Service of Motion for Summary Judgment, Statement of Undisputed Facts, and Fact Exhibit by Movant(s) | April 1, 2025 |
| Deadline for Service of Opposition to Motion for Summary Judgment, Response to Statement of Undisputed Facts, and Supplement to Fact Exhibit by Non-Movant(s) | May 2, 2025 |

JENNER & BLOCK LLP
ATTORNEYS AT LAW
WASHINGTON, DC

2

ORDER GRANTING STIPULATION RE
DEADLINES & DISCOVERY
2:20-CV-04790-JWH-RAO

| Event | Date or Deadline |
|---|---|
| Deadline for Service of Reply/Replies in Support of Motion(s) for Summary Judgment, Response to Statement of Undisputed Facts | July 11, 2025 |
| Hearing for Motion(s) for Summary Judgment | August 1, 2025 |
| Deadline for Motions *in Limine* | October 4, 2025 |
| Final pretrial conference | Court's convenience |
| Jury trial | Courts convenience |

**IT IS SO ORDERED.**

DATED: __January 9, 2024__

**DENIED**
BY ORDER OF THE COURT
_____
United States District Judge