MATTHEW B. MOCK (SBN 316380)
matthew.mock@afslaw.com
OSCAR FIGUEROA (SBN 313238)
oscar.figueroa@afslaw.com
**ARENTFOX SCHIFF LLP**
555 West Fifth Street, 48th Floor
Los Angeles, California 90013-1065
Telephone: 213.629.7400
Facsimile: 213.629.7401

BRIAN D. SCHNEIDER (Admitted *Pro Hac Vice*)
brian.schneider@afslaw.com
**ARENTFOX SCHIFF LLP**
1717 K Street, NW
Washington, DC 20006-5344
Telephone: 202.857.6000
Facsimile: 202.857.6395

Attorneys for Defendant
BRIGHT MLS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION

THE PLS.COM, LLC, a California limited liability company,

Plaintiff,

v.

THE NATIONAL ASSOCIATION OF REALTORS; BRIGHT MLS, INC.; MIDWEST REAL ESTATE DATA, LLC; AND CALIFORNIA REGIONAL MULTIPLE LISTING SERVICE, INC.,

Defendant.

Case No. 2:20-cv-04790-JWH-E

**NOTICE OF SETTLEMENT-IN-PRINCIPLE**

[PROPOSED ORDER FILED CONCURRENTLY HEREWITH]

PLEASE TAKE NOTICE that Plaintiff The PLS.com, LLC and Defendants Bright MLS, Inc., Midwest Real Estate Data LLC and California Regional Multiple Listing Service, Inc. (collectively, the "Settling Defendants") have reached a settlement-in-principle of all claims between these parties in the above-referenced case. Plaintiff's claims against Defendant The National Association of Realtors are not affected by the settlement-in-principle.

Accordingly, in light of the pending settlement, Plaintiff The PLS.com, LLC and Defendants Bright MLS, Inc., Midwest Real Estate Data LLC and California Regional Multiple Listing Service, Inc. jointly request that the Court stay all deadlines that pertain to the Settling Defendants, and relieve the Settling Defendants of their obligation to appear at the status conference the Court has set for Friday, January 26, 2024 at 11:00 a.m. (ECF # 173.) The purpose of the request is to allow the settling parties to finalize the draft settlement agreement, to obtain necessary signatures, and to conserve judicial and party resources.

Dated: January 24, 2024

Respectfully submitted,

**ARENTFOX SCHIFF LLP**

By: /s Matthew B. Mock
MATTHEW B. MOCK (SBN 316380)
OSCAR FIGUEROA (SBN 313238)

*Attorneys for Defendants*
*BRIGHT MLS, INC.*

Dated: January 24, 2024

**JENNER & BLOCK LLP**

By: /s Christopher G. Renner
DOUGLAS E. LITVACK
(Pro Hac Vice)
CHRISTOPHER G. RENNER
(Pro Hac Vice)
CHRISTOPHER J. ABBOTT
(Pro Hac Vice)

BRANDON FOX (SBN 290409)
JAN A. LARSON (SBN 339835)

CHRISTOPHER SHEEHAN
(Pro Hac Vice)

*Attorneys for Plaintiffs*
*The PLS.Com, LLC*

Dated: January 24, 2024

**GREENBERG TRAURIG LLP**

By: /s Gregory Casas
GREGORY CASAS

*Attorneys for Defendant*
*MIDWEST REAL ESTATE DATA LLC*

Dated: January 24, 2024

**STREAM KIM HICKS WRAGE & ALFARO P.C.**

By: /s Robert J. Hicks
THEODORE R. STREAM
ROBERT J. HICKS

*Attorneys for Defendant CALIFORNIA REGIONAL MULTIPLE LISTING SERVICE, INC.*

**CERTIFICATION**

The undersigned filer hereby certifies that he has obtained authorization for the electronic signatures of all parties on this document.

*/s/ Matthew B. Mock*
Matthew B. Mock

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION

THE PLS.COM, LLC, a California limited liability company,

Plaintiff,

v.

THE NATIONAL ASSOCIATION OF REALTORS; BRIGHT MLS, INC.; MIDWEST REAL ESTATE DATA, LLC; AND CALIFORNIA REGIONAL MULTIPLE LISTING SERVICE, INC.,

Defendant.

Case No. 2:20-cv-04790-JWH-E

**[PROPOSED] ORDER ON NOTICE OF SETTLEMENT-IN-PRINCIPLE**

Upon consideration of the Notice of the Settlement-in-Principle between Plaintiff The PLS.com, LLC and Defendants Bright MLS, Inc., Midwest Real Estate Data LLC and California Regional Multiple Listing Service, Inc., **IT IS HEREBY ORDERED THAT:**

All deadlines in this matter that pertain to Defendants Bright MLS, Inc., Midwest Real Estate Data LLC and California Regional Multiple Listing Service, Inc. are hereby stayed; and

Defendants Bright MLS, Inc., Midwest Real Estate Data LLC and California Regional Multiple Listing Service, Inc. need not appear at the status hearing in this matter set for January 26, 2024.

**SO ORDERED.**

Dated this ___ day of January, 2024.

______________________________
The Honorable John W. Holcomb
UNITED STATES DISTRICT JUDGE