1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9                     CENTRAL DISTRICT OF CALIFORNIA

10   THE PLS.COM, LLC, a California        Case No. 2:20-cv-04790-JWH-E
     limited liability company,
11
                    Plaintiff,
12                                         **ORDER ON NOTICE OF**
          v.                               **SETTLEMENT-IN-PRINCIPLE**
13
     THE NATIONAL ASSOCIATION OF
14   REALTORS; BRIGHT MLS, INC.;
     MIDWEST REAL ESTATE DATA,
15   LLC; AND CALIFORNIA
     REGIONAL MULTIPLE LISTING
16   SERVICE, INC.,

17                  Defendant.

18

19

20

21

22

23

24

25

26

27

28

1    Upon consideration of the Notice of the Settlement-in-Principle between
2  Plaintiff The PLS.com, LLC and Defendants Bright MLS, Inc., Midwest Real
3  Estate Data LLC and California Regional Multiple Listing Service, Inc., it is hereby
4  **ORDERED** as follows:

5    1.    All deadlines in this matter that pertain to Defendants Bright MLS,
6  Inc., Midwest Real Estate Data LLC, and California Regional Multiple Listing
7  Service, Inc. are **STAYED**.

8    2.    Defendants Bright MLS, Inc., Midwest Real Estate Data LLC, and
9  California Regional Multiple Listing Service, Inc. need not appear at the Status
10  Conference in this matter set for January 26, 2024.

11    **IT IS SO ORDERED.**

12
13  Dated this 25th day of January, 2024.

14
15                           _____
                             The Honorable John W. Holcomb
16                           UNITED STATES DISTRICT JUDGE

17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED ORDER ON NOTICE OF
SETTLEMENT IN PRINCIPLE
CASE NO. 2:20-CV-04790-JWH-RAO