DOUGLAS E. LITVACK (Pro Hac Vice)
douglitvack@jenner.com
CHRISTOPHER G. RENNER (Pro Hac Vice)
crenner@jenner.com
CHRISTOPHER J. ABBOTT (Pro Hac Vice)
Christopher.abbott@jenner.com
JENNER & BLOCK LLP 1099 New York Ave NW #900
Washington, D.C. 20001
Telephone: (202) 639-6000 Facsimile: (202) 639-6066

BRANDON FOX (SBN 290409)
bfox@jenner.com
JAN A. LARSON (SBN 339835)
janlarson@jenner.com
JENNER & BLOCK LLP 515 South Flower Street, Suite 3300 Los Angeles, CA 90071-2246
Telephone: (213) 239-5100 Facsimile: (213) 239-5199

CHRISTOPHER SHEEHAN (Pro Hac Vice)
csheehan@jenner.com
JENNER & BLOCK LLP
353 N. Clark Street Chicago, IL 60654-3456
Telephone: (312) 222-9350 Facsimile: (312) 527 0484

*Attorneys for Plaintiffs*
*The PLS.Com, LLC*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| THE PLS.COM, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>THE NATIONAL ASSOCIATION OF REALTORS, BRIGHT MLS, INC., MIDWEST REAL ESTATE DATA, LLC, and CALIFORNIA REGIONAL MULTIPLE LISTING SERVICE, INC.,<br><br>Defendants. | Case No. 2:20-cv-04790-JWH-RAO<br><br>**STIPULATION TO DISMISS DEFENDANT THE NATIONAL ASSOCIATION OF REALTORS WITHOUT PREJUDICE**<br><br>**Fed. R. Civ. P. 41(a)(1)(A)(ii)**<br><br>[PROPOSED ORDER FILED CONCURRENTLY HEREWITH]<br><br>Judge: Hon. John W. Holcomb |

JENNER & BLOCK LLP
ATTORNEYS AT LAW
WASHINGTON, DC

STIPULATION TO VOLUNTARILY DISMISS
NAR WITHOUT PREJUDICE
2:20-CV-04790-JWH-RAO

1  Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure,
2  Plaintiff The PLS.com and Defendants The National Association of Realtors, Bright
3  MLS, Inc., Midwest Real Estate Data LLC, and California Regional Multiple Listing
4  Service, Inc. respectfully stipulate to the dismissal, *without prejudice,* of defendant
5  The National Association of Realtors from this action. The parties shall all bear their
6  own attorneys' fees, costs, and expenses.

JENNER & BLOCK LLP
ATTORNEYS AT LAW
WASHINGTON, DC

2

STIPULATION TO DISMISS DEFENDANT NAR
WITHOUT PREJUDICE
2:20-CV-04790-JWH-RAO

| | | |
|---|---|---|
| Dated: | January 26, 2024 | Respectfully submitted, |

JENNER & BLOCK LLP

By: /s/ Christoper Renner

DOUGLAS E. LITVACK
(Pro Hac Vice)
douglitvack@jenner.com
CHRISTOPHER G. RENNER
(Pro Hac Vice)
crenner@jenner.com
CHRISTOPHER J. ABBOTT
(Pro Hac Vice)
Christopher.abbott@jenner.com
JENNER & BLOCK LLP
1099 New York Ave NW #900
Washington, D.C. 20001
Telephone: (202) 639-6000
Facsimile: (202) 639-6066

BRANDON FOX
(SBN 290409)
bfox@jenner.com
JAN A. LARSON
(SBN 339835)
janlarson@jenner.com
JENNER & BLOCK LLP
515 South Flower Street, Suite 3300
Los Angeles, CA 90071-2246
Telephone: (213) 239-5100
Facsimile: (213) 239-5199

CHRISTOPHER SHEEHAN
(Pro Hac Vice)
csheehan@jenner.com
JENNER & BLOCK LLP
353 N. Clark Street Chicago, IL 60654-3456
Telephone: (312) 222-9350
Facsimile: (312) 527 0484

*Attorneys for Plaintiffs*
*The PLS.Com, LLC*

JENNER & BLOCK LLP
ATTORNEYS AT LAW
WASHINGTON, DC

3

STIPULATION TO DISMISS DEFENDANT NAR
WITHOUT PREJUDICE
2:20-CV-04790-JWH-RAO

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | By:   /s/ Gregory Casas |
| 4 | Robert J. Herrington<br>GREENBERG TRAURIG LLP |
| 5 | 1840 Century Park East<br>Suite d1900 |
| 6 | Los Angeles, CA  90067<br>Telephone:  310-586-7816 |
| 7 | robert.herrington@gtlaw.com |
| 8 | Gregory J. Casas<br>GREENBERG TRAURIG LLP |
| 9 | 300 West 6th Street, Suite 2050<br>Austin, TX 78701 |
| 10 | Telephone: 512-320-7238<br>Email: casasg@gtlaw.com |
| 11 | |
| 12 | *Attorneys for Defendant Midwest Real Estate Data, LLC* |
| 13 | |
| 14 | By:   /s/ Ethan Glass |
| 15 | Ethan Glass (Bar No. 216159)<br>COOLEY LLP |
| 16 | 1299 Pennsylvania Avenue NW<br>Suite 700 |
| 17 | Washington, DC 20004<br>Telephone:  202-842-7800 |
| 18 | eglass@cooley.com |
| 19 | Michael D. Bonanno (*pro hac vice*)<br>QUINN EMANUEL URQUHART & |
| 20 | SULLIVAN LLP<br>1300 I Street NW |
| 21 | Suite 900<br>Washington, DC 20005 |
| 22 | Telephone:  202-538-8000<br>mikebonanno@quinnemanuel.com |
| 23 | |
| 24 | *Attorneys for Defendant*<br>*National Association of REALTORS®* |
| 25 | |
| 26 | By:   /s/ Matthew Mock |
| 27 | Matthew B. Mock |
| 28 | Oscar A. Figueroa<br>ARENTFOX SCHIFF LLP |

JENNER & BLOCK LLP
ATTORNEYS AT LAW
WASHINGTON, DC

4

STIPULATION TO DISMISS DEFENDANT NAR
WITHOUT PREJUDICE
2:20-CV-04790-JWH-RAO

555 West Fifth St. 48th Floor
Los Angeles, CA  90013-1065
Telephone:  213-629-7400
Matthew.moch@afslaw.com
Oscar.figueroa@afslaw.com

Brian D. Schneider (pro hac vice)
ARENTFOX SCHIFF LLP
1717 K Street NW
Washington, DC  20006-5344
Telephone:  202-857-6000
Brian.schneider@afslaw.com

*Attorneys for Defendant*
*Bright MLS, Inc.*


By: /s/ Robert Hicks

Theodore K. Stream
Robert J. Hicks
Wei Liu
STREAM KIM HICKS WRAGE AND ALFARO PC
3403 Tenth Street, Suite 700
Riverside, CA  92501
Telephone:  951-783-9470
Ted.stream@streamkim.com
Robert.hicks@streamkim.com
Wei.liu@streamkim.com

*Attorneys for Defendant California Regional Multiple Listing Service, Inc.*

JENNER & BLOCK LLP
ATTORNEYS AT LAW
WASHINGTON, DC

5

STIPULATION TO DISMISS DEFENDANT NAR
WITHOUT PREJUDICE
2:20-CV-04790-JWH-RAO

# SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this Stipulation is filed, concur in the filing's content and have authorized the filing.

Dated:     January 26, 2024              Respectfully submitted,

                                         JENNER & BLOCK LLP

                                         By:  /s/ Christoper Renner

                                         Christopher Renner (*pro hac vice*)
                                         Bar #1025699
                                         JENNER & BLOCK LLP
                                         1900 New York Avenue, NW,
                                         Suite 900
                                         Washington, DC 20001-4412
                                         (202) 637-6379

                                         *Attorneys for Plaintiff*
                                         *The PLS.Com, LLC*

JENNER & BLOCK LLP
ATTORNEYS AT LAW
WASHINGTON, DC

6

STIPULATION TO DISMISS DEFENDANT NAR
WITHOUT PREJUDICE
2:20-CV-04790-JWH-RAO