DOUGLAS E. LITVACK (Pro Hac Vice)
douglitvack@jenner.com
CHRISTOPHER G. RENNER (Pro Hac Vice)
crenner@jenner.com
CHRISTOPHER J. ABBOTT (Pro Hac Vice)
Christopher.abbott@jenner.com
JENNER & BLOCK LLP 1099 New York Ave NW #900
Washington, D.C. 20001
Telephone: (202) 639-6000 Facsimile: (202) 639-6066

BRANDON FOX (SBN 290409)
bfox@jenner.com
JAN A. LARSON (SBN 339835)
janlarson@jenner.com
JENNER & BLOCK LLP 515 South Flower Street, Suite 3300 Los Angeles, CA 90071-2246
Telephone: (213) 239-5100 Facsimile: (213) 239-5199

CHRISTOPHER SHEEHAN (Pro Hac Vice)
csheehan@jenner.com
JENNER & BLOCK LLP
353 N. Clark Street Chicago, IL 60654-3456
Telephone: (312) 222-9350 Facsimile: (312) 527 0484

*Attorneys for Plaintiffs*
*The PLS.Com, LLC*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| THE PLS.COM, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>THE NATIONAL ASSOCIATION OF REALTORS, BRIGHT MLS, INC., MIDWEST REAL ESTATE DATA, LLC, and CALIFORNIA REGIONAL MULTIPLE LISTING SERVICE, INC.,<br><br>Defendants. | Case No. 2:20-cv-04790-JWH-RAO<br><br>**STIPULATION TO DISMISS DEFENDANTS BRIGHT MLS, MIDWEST REAL ESTATE DATA, AND CALIFORNIA REGIONAL MLS WITH PREJUDICE**<br><br>**Fed. R. Civ. P. 41(a)(1)(A)(ii)**<br><br>Judge: Hon. John W. Holcomb |

JENNER & BLOCK LLP
ATTORNEYS AT LAW
WASHINGTON, DC

STIPULATION TO DISMISS BRIGHT, MRED,
AND CAL. REG. MLS WITH PREJUDICE
2:20-CV-04790-JWH-RAO

On January 26, 2024, Plaintiff The PLS.com, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and with the consent of the parties, dismissed Defendant The National Association of Realtors from this action *without prejudice*. ECF 179.

Pursuant to Rule 41(a)(1)(A)(ii), Plaintiff and Defendants The National Association of Realtors, Bright MLS, Inc., Midwest Real Estate Data LLC, and California Regional Multiple Listing Service, Inc. now respectfully stipulate to the dismissal, *with prejudice,* of remaining Defendants Bright MLS, Inc., Midwest Real Estate Data LLC, and California Regional Multiple Listing Service, Inc. from this action. The parties shall all bear their own attorneys' fees, costs, and expenses.

| | |
|---|---|
| Dated: February 2, 2024 | Respectfully submitted, |
| | JENNER & BLOCK LLP |
| | By: /s/   Christopher Renner |
| | DOUGLAS E. LITVACK<br>(Pro Hac Vice)<br>douglitvack@jenner.com<br>CHRISTOPHER G. RENNER<br>(Pro Hac Vice)<br>crenner@jenner.com<br>CHRISTOPHER J. ABBOTT<br>(Pro Hac Vice)<br>Christopher.abbott@jenner.com<br>JENNER & BLOCK LLP<br>1099 New York Ave NW #900<br>Washington, D.C. 20001<br>Telephone: (202) 639-6000<br>Facsimile: (202) 639-6066 |
| | BRANDON FOX<br>(SBN 290409)<br>bfox@jenner.com<br>JAN A. LARSON<br>(SBN 339835)<br>janlarson@jenner.com<br>JENNER & BLOCK LLP<br>515 South Flower Street, Suite 3300<br>Los Angeles, CA 90071-2246<br>Telephone: (213) 239-5100<br>Facsimile: (213) 239-5199 |
| | CHRISTOPHER SHEEHAN<br>(Pro Hac Vice)<br>csheehan@jenner.com<br>JENNER & BLOCK LLP<br>353 N. Clark St.<br>Chicago, IL 60654-3456<br>Telephone: (312) 222-9350<br>Facsimile: (312) 527 0484 |
| | *Attorneys for Plaintiffs*<br>*The PLS.Com, LLC* |

JENNER & BLOCK LLP
ATTORNEYS AT LAW
WASHINGTON, DC

3

STIPULATION TO DISMISS BRIGHT, MRED,
AND CAL. REG. MLS WITH PREJUDICE
2:20-CV-04790-JWH-RAO

By:   /s/ Gregory Casas

Robert J. Herrington
GREENBERG TRAURIG LLP
1840 Century Park East
Suite d1900
Los Angeles, CA  90067
Telephone:  310-586-7816
robert.herrington@gtlaw.com

Gregory J. Casas
GREENBERG TRAURIG LLP
300 West 6th Street, Suite 2050
Austin, TX 78701
Telephone: 512-320-7238
Email: casasg@gtlaw.com

*Attorneys for Defendant Midwest Real Estate Data, LLC*

By:   /s/ Ethan Glass

Ethan Glass (Bar No. 216159)
COOLEY LLP
1299 Pennsylvania Avenue NW
Suite 700
Washington, DC 20004
Telephone:  202-842-7800
eglass@cooley.com

Michael D. Bonanno (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN LLP
1300 I Street NW
Suite 900
Washington, DC 20005
Telephone:  202-538-8000
mikebonanno@quinnemanuel.com

*Attorneys for Defendant
National Association of REALTORS®*

By:   /s/ Matthew Mock

Matthew B. Mock
Oscar A. Figueroa
ARENTFOX SCHIFF LLP

JENNER & BLOCK LLP
ATTORNEYS AT LAW
WASHINGTON, DC

4

**STIPULATION TO DISMISS BRIGHT, MRED,
AND CAL. REG. MLS WITH PREJUDICE**
2:20-CV-04790-JWH-RAO

| | |
|---|---|
| 1 | 555 West Fifth St. 48th Floor |
| 2 | Los Angeles, CA 90013-1065<br>Telephone: 213-629-7400 |
| 3 | Matthew.moch@afslaw.com<br>Oscar.figueroa@afslaw.com |
| 4 | Brian D. Schneider (pro hac vice) |
| 5 | ARENTFOX SCHIFF LLP<br>1717 K Street NW |
| 6 | Washington, DC 20006-5344<br>Telephone: 202-857-6000 |
| 7 | Brian.schneider@afslaw.com |
| 8 | *Attorneys for Defendant* |
| 9 | *Bright MLS, Inc.* |
| 10 | By:  /s/ Robert Hicks |
| 11 | Theodore K. Stream |
| 12 | Robert J. Hicks<br>Wei Liu |
| 13 | STREAM KIM HICKS WRAGE AND<br>ALFARO PC |
| 14 | 3403 Tenth Street, Suite 700<br>Riverside, CA 92501 |
| 15 | Telephone: 951-783-9470<br>Ted.stream@streamkim.com |
| 16 | Robert.hicks@streamkim.com<br>Wei.liu@streamkim.com |
| 17 | |
| 18 | *Attorneys for Defendant California*<br>*Regional Multiple Listing Service, Inc.* |

JENNER & BLOCK LLP
ATTORNEYS AT LAW
WASHINGTON, DC

5

STIPULATION TO DISMISS BRIGHT, MRED,
AND CAL. REG. MLS WITH PREJUDICE
2:20-CV-04790-JWH-RAO

## SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this Stipulation is filed, concur in the filing's content and have authorized the filing.

Dated: February 2, 2024

Respectfully submitted,

JENNER & BLOCK LLP

By: /s/ Christopher Renner

Christopher Renner (*pro hac vice*)
Bar #1025699
JENNER & BLOCK LLP
1900 New York Avenue, NW,
Suite 900
Washington, DC 20001-4412
(202) 637-6379

*Attorneys for Plaintiff*
*The PLS.Com, LLC*